"deficient," we reject that contention. The court's procedure in conducting the hearing was proper (*see* Family Ct Act § 625 [a]; *Matter of Justina Rose D.*, 28 AD3d 659, 660-661 [2006]; *Matter of Baby Boy G.*, 219 AD2d 549 [1995]). We further conclude on the record before us that the failure of the mother's attorney to present any evidence at the dispositional hearing, without more, does not constitute ineffective assistance of counsel. At the fact-finding hearing, the mother's attorney thoroughly cross-examined petitioner's witnesses and presented witnesses on the mother's behalf, and the mother has failed to establish that the failure to present evidence at the dispositional hearing "caused her to suffer actual prejudice" (*Matter of Nicholas GG.*, 285 AD2d 678, 679 [2001]; *see Matter of Tommy R.*, 298 AD2d 967, 968 [2002], *lv denied* 99 NY2d 505 [2003]). Present—Martoche, J.P., Fahey, Green, Pine and Gorski, JJ.

■ In the Matter of KELVIN D., an Infant. CHAUTAUQUA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; NOEMI D., Appellant, et al., Respondent. (Appeal No. 2.) [872 NYS2d 362]—Appeal from an order of the Family Court, Chautauqua County (Judith S. Claire, J.), entered June 13, 2007 in a proceeding pursuant to Social Services Law § 384-b. The order, insofar as appealed from, adjudged that the child is a permanently neglected child and terminated the parental rights of respondent Noemi D.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same Memorandum as in *Matter of Grabiel V.* (59 AD3d 1132 [2009]). Present—Martoche, J.P., Fahey, Green, Pine and Gorski, JJ.

■ In the Matter of BIENVENIDO V., JR., an Infant. CHAUTAU- QUA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; NO- EMI D., Appellant. (Appeal No. 3.) [872 NYS2d 362]—Appeal from an order of the Family Court, Chautauqua County (Judith S. Claire, J.), entered June 13, 2007 in a proceeding pursuant to Social Services Law § 384-b. The order, insofar as appealed from, adjudged that the child is a permanently neglected child and terminated the parental rights of respondent Noemi D.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Grabiel V.* (59 AD3d 1132 [2009]). Present—Martoche, J.P., Fahey, Green, Pine and Gorski, JJ.

■ In the Matter of YOVANI V., an Infant. CHAUTAUQUA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; NOEMI